Received JAN 27 2020 Tampa Field Office

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | 511-2020-01743 |

State or local agency, if any: Florida Commission On Human Relations and EEOC

| Name (Indicate Mr., Mrs., Ms.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Michael Krohn | (813) |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| c/o FGBO, 16524 Pointe Village Drive, Ste. 100, Lutz, Florida 33558 | | 1970 |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one, list below)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| Sun Coast Police Benevolent Association | over 15 | (727) 532-1722 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 14141 – 46th Street North, Suite 1205 | Clearwater, Florida 33762 | Pinellas |

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| Florida Police Benevolent Association | over 15 | (800) 733-3722 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 300 E. Brevard Street | Tallahassee, Florida 32301 | Leon |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE | |
|---|---|---|
| RACE ☐  COLOR ☐  SEX ☐  RELIGION ☐  NATIONAL ORIGIN ☐ | EARLIEST | LATEST |
| RETALIATION ☐  AGE ☒  DISABILITY ☐  OTHER *(Specify)* _____ | November 13, 2019 | November 13, 2019 |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*

I: **PERSONAL HARM:**

Claimant is forty-nine (49) years old male. Claimant began his employment on or about July 31, 2006, in the position of Executive Director/General Counsel pursuant to a written Employment Contract. The contract provided for a three-year initial term. The contract was repeatedly renewed by respondent.

In addition, upon each renewal claimant earned increases in his annual compensation of no less than 5% per year. Claimant regularly and routinely was recognized and rewarded for his positive performance in connection with his job duties and responsibilities. Claimant and respondent entered into and executed, a renewal of his three-year contract on July 25, 2019. Again as in the past renewals with increasing compensation and benefits.

On November 13, 2019, just over three months after the most recent renewal contract was entered into, claimant without warning, notice, reprimand or discipline was terminated by George Lofton, President of respondent, the Sun Coast PBA and Nicholas Marolda, Sgt-In-Arms of co-respondent, the Florida PBA.,

At the time of his termination, claimant had an entirely unblemished personnel file and had received many accolades throughout his employment, even just prior to his termination. Claimant was never disciplined, reprimanded or counseled during his thirteen-plus year career with respondent. Additionally, during the middle of October 2019, on at least two separate occasions, President George Lofton stated to claimant "if I were you, I would start looking for another job." Claimant asked why? What is wrong? Lofton then stated, "that Vice President Jonathan Vasquez [soon-to-be president effective January 1, 2020] wants to change the face of the union to appease the younger members at St. Petersburg Police Department." Lofton further stated that the "younger members are tired of seeing the [president's] gavel passed from one senior [older] president to another." Claimant then stated, "What does that have to do with me?" And reminded respondent that he has done nothing wrong and is under an employment contract. Lofton replied, "I know, you have done nothing wrong and there is nothing to worry about as long as I am president." Then during an October 28, 2019, phone call, followed up by a text message response by claimant, Lofton stated, "don't worry, I have your back."

#511-2020-01743

On November 13, 2019, President, George Lofton, informed claimant that he would be prematurely stepping down as president and turning over the post to the substantially younger vice president, Jonathan Vasquez, a thirty-two-year-old male, and that respondent was terminating claimant.

Claimant was replaced by a thirty-five (35)-year-old female with very limited or no prior union or labor/employment law experience.

On January 1, 2020, President George Lofton issued an announcement to all PBA membership announcing his premature departure and his and claimant's younger replacements stating:

"The names on the bottom of this letterhead represent hard work, integrity and new eyes. They are <u>younger, fresher, and have the same years on as the majority of our members.</u>"

II:     RESPONDENT'S REASON FOR ADVERSE ACTION: No reason given.

III:    STATEMENT OF DISCRIMINATION: I believe I was discriminated against based on my age, 49 in violation of Age Discrimination in Employment Act of 1967 and the Florida Civil Rights Act.

☒  I want this charge filed with both the EEOC and the State or local agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
I declare under penalty or perjury that the foregoing is true and correct.

NOTARY - (When necessary for State and Local Requirements)
SIGNATURE OF COMPLAINANT SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

NOTARY PUBLIC:

SIGN: _____
PRINT: _____
State of Florida at Large (SEAL)

1-17-20
DATE            CHARGING PARTY (Signature)
EEOC FORM 5 (Rev. 06/92)

Received
JAN 27 2020
Tampa Field Office

EEOC Form 161-B (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Michael Krohn
C/O Florin, Gray, Bouzas & Owens, PA
16524 Pointe Village Dr., Ste. 100
Lutz, FL 33558

From: Tampa Field Office
501 East Polk Street
Room 1000
Tampa, FL 33602

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2020-01743 | Jesus Gonzalez, Investigator | (813) 202-7904 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Evangeline Hawthorne_     2/19/2020

Evangeline Hawthorne,
Director     (Date Mailed)

Enclosures(s)

cc: Alicia J. Schumacher
BUSH ROSS PA
1801 North Highland Avenue
Tampa, FL 33602

Wolfgang M. Florin, Esq.
FLORIN, GRAY, BOUZAS & OWENS, PA
16524 Pointe Village Drive Suite 100
Lutz, FL 33558

Received JAN 27 2020
Tampa Field Office

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [ ] FEPA | |
| [ ] EEOC | 511-2020-01744 |

State or local agency, if any: **Florida Commission On Human Relations and EEOC**

| Name (Indicate Mr., Mrs., Ms.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Michael Krohn | (813) ███ |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| c/o FGBO, 16524 Pointe Village Drive, Ste. 100, Lutz, Florida 33558 | | ██ 1970 |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| Sun Coast Police Benevolent Association | over 15 | (727) 532-1722 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 14141 – 46th Street North, Suite 1205 | Clearwater, Florida 33762 | Pinellas |

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| Florida Police Benevolent Association | over 15 | (850) 733-3722 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 300 E. Brevard Street | Tallahassee, Florida 32301 | Leon |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

RACE [ ]   COLOR [ ]   SEX [ ]   RELIGION [ ]   NATIONAL ORIGIN [ ]
RETALIATION [ ]   AGE [X]   DISABILITY [ ]   OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST: November 13, 2019
LATEST: November 13, 2019

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

**I:   PERSONAL HARM:**

Claimant is forty-nine (49) years old male. Claimant began his employment on or about July 31, 2006, in the position of Executive Director/General Counsel pursuant to a written Employment Contract. The contract provided for a three-year initial term. The contract was repeatedly renewed by respondent.

In addition, upon each renewal claimant earned increases in his annual compensation of no less than 5% per year. Claimant regularly and routinely was recognized and rewarded for his positive performance in connection with his job duties and responsibilities. Claimant and respondent entered into and executed, a renewal of his three-year contract on July 25, 2019. Again as in the past renewals with increasing compensation and benefits.

On November 13, 2019, just over three months after the most recent renewal contract was entered into, claimant without warning, notice, reprimand or discipline was terminated by George Lofton, President of respondent, the Sun Coast PBA and Nicholas Marolda, Sgt-In-Arms of co-respondent, the Florida PBA.,

At the time of his termination, claimant had an entirely unblemished personnel file and had received many accolades throughout his employment, even just prior to his termination. Claimant was never disciplined, reprimanded or counseled during his thirteen-plus year career with respondent. Additionally, during the middle of October 2019, on at least two separate occasions, President George Lofton stated to claimant "if I were you, I would start looking for another job." Claimant asked why? What is wrong? Lofton then stated, "that Vice President Jonathan Vasquez [soon-to-be president effective January 1, 2020] wants to change the face of the union to appease the younger members at St. Petersburg Police Department." Lofton further stated that the "younger members are tired of seeing the [president's] gavel passed from one senior [older] president to another." Claimant then stated, "What does that have to do with me?" And reminded respondent that he has done nothing wrong and is under an employment contract. Lofton replied, "I know, you have done nothing wrong and there is nothing to worry about as long as I am president." Then during an October 28, 2019, phone call, followed up by a text message response by claimant, Lofton stated, "don't worry, I have your back."

#511-2020-01744

On November 13, 2019, President, George Lofton, informed claimant that he would be prematurely stepping down as president and turning over the post to the substantially younger vice president, Jonathan Vasquez, a thirty-two-year-old male, and that respondent was terminating claimant.

Claimant was replaced by a thirty-five (35)-year-old female with very limited or no prior union or labor/employment law experience.

On January 1, 2020, President George Lofton issued an announcement to all PBA membership announcing his premature departure and his and claimant's younger replacements stating:

"The names on the bottom of this letterhead represent hard work, integrity and new eyes. They are <u>younger, fresher, and have the same years on as the majority of our members.</u>"

II:  RESPONDENT'S REASON FOR ADVERSE ACTION: No reason given.

III:  STATEMENT OF DISCRIMINATION: I believe I was discriminated against based on my age, 49 in violation of *Age Discrimination in Employment Act* of 1967 and the Florida Civil Rights Act.

☒ I want this charge filed with both the EEOC and the State or local agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
I declare under penalty or perjury that the foregoing is true and correct.

NOTARY - (When necessary for State and Local Requirements)
SIGNATURE OF COMPLAINANT SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

NOTARY PUBLIC:

SIGN: _____
PRINT: _____
State of Florida at Large (SEAL)

1-17-20
DATE          CHARGING PARTY *(Signature)*

EEOC FORM 5 *(Rev. 06-92)*

Received
JAN 27 2020
Tampa Field Office

EEOC Form 161-B (11/16)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Michael Krohn<br>C/O Florin, Gray, Bouzas & Owens, PA<br>16524 Pointe Village Dr., Ste. 100<br>Lutz, FL 33558 | From: | Tampa Field Office<br>501 East Polk Street<br>Room 1000<br>Tampa, FL 33602 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2020-01744 | Jesus Gonzalez, Investigator | (813) 202-7904 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Evangeline Hawthorne* — 2/19/2020
**Evangeline Hawthorne, Director** *(Date Mailed)*

Enclosures(s)

cc: Stephanie D. Webster
General Counsel, Florida PBA
300 E. Brevard St.
Tallahassee, FL 32301

Wolfgang M. Florin, Esq.
FLORIN, GRAY, BOUZAS & OWENS, PA
16524 Pointe Village Drive Suite 100
Lutz, FL 33558